UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| KALTON J. ADKINS, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 08-09-ART |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN MOTLEY, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation, R. 14. Defendant has not filed any objections to the Magistrate's Report and Recommendation, and the time for filing any objections has expired. *See* Fed. R. Civ. Proc. 72(b). There being no objections filed to the Magistrate Judge's Report and Recommendation, R.14, it is hereby **ORDERED** that the Report and Recommendation, R. 14, is **ADOPTED** as the opinion of the Court.

A Judgment shall be entered concurrently herewith.

This the 7th day of April, 2009.



Signed By:
*Amul R. Thapar*
United States District Judge